# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 NOV 27  PM 4:04

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HECTOR DE LA FUENTE,<br><br>　　　　　Defendant. | CASE NO. 12CR4363-DMS<br><br>BY _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____　the Court has dismissed the case for unnecessary delay; or

_____　the Court has granted the motion of the Government for dismissal, without prejudice; or

_____　the Court has granted the motion of the defendant for a judgment of acquittal; or

_____　a jury has been waived, and the Court has found the defendant not guilty; or

_____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Information:

　　　　8:1326(a) and (b) - REMOVED ALIEN FOUND IN THE UNITED STATES (Felony)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 27, 2012

　　　　　　　　　　　　　　　　　　Nita L. Stormes
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge